# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>David SKEA,<br><br>Defendant. | Case No.  20MJ9149<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Aliens (Felony)<br><br>Title 18, U.S.C., Section 922(g)(1)-- Felon in Possession of a Firearm (Felony)<br><br>**FIRST AMENDED COMPLAINT** |

The undersigned complainant being duly sworn states:

### COUNT I

On or about May 8, 2020, within the Southern District of California, defendant David SKEA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Jorge Cicly ALVAREZ-Gonzalez,

Martin ALVAREZ-Ortiz,

Edgar GARCIA-Flores,

Juan Carlos IBARRA-Rangel,

G. L. L. A., and

Juan Diego LARA-Araujo,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

COUNT II

On or about May 8, 2020, within the Southern District of California, defendant David SKEA, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit a Black 9 millimeter pistol bearing serial number 163149; in violation of Title 18, United States Code, Section 922(g) (1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
WENCESLAO PARTIDA
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of May, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

v.

David SKEA

STATEMENT OF FACTS

This Complaint and Statement of Facts is being amended to reflect the correct felony charge for Defendant David SKEA and information pertaining to preliminary checks on the firearm as set forth on Page 5.

This complaint is based upon statements in the investigative report by BPA J. Valadez, that on May 8, 2020 David SKEA (SKEA), a United States Citizen (USC), was arrested near Niland, California while smuggling six undocumented aliens in violation of Title 8, United States Code, Section 1324 and being an aggravated felon in possession of a firearm in violation of Title 18, United States Code, Section 922.

On May 8, 2020, BPA Valadez was assigned to the Coachella Canal area near the United States Border Patrol Checkpoint on Highway 111 near Niland, California. At approximately 8:40 a.m., a Red Volvo SUV (Volvo) turned onto Frink Road. United States Marine, Lance Corporal Marshall informed Valadez that he also saw the Volvo turn off Highway 111 and travel on Frink Road. Frink Road is commonly used by smuggling organizations to circumvent the Border Patrol Checkpoint on Highway 111.

At approximately 8:43 a.m., BPA Valadez was driving north and saw the Volvo traveling westbound on Hot Mineral Spa Road, then turn north onto Highway 111. BPA Valadez was only able to observe a driver and a front passenger and the vehicle's rear end appeared to be overloaded and riding low. BPA Valadez followed the vehicle on Highway

3

111 and requested record checks on the Volvo through the El Centro Sector Radio Communications (KAK-840). Record checks revealed the Volvo to be a rental vehicle. BPA Valadez performed a vehicle stop at the intersection of Highway 111 and Bombay Beach.

The Volvo yielded and BPA Valadez approached the vehicle on the passenger side. BPA Valadez identified himself as a BPA and questioned the front passenger identified as, Jorge Cicly ALVAREZ-Gonzalez (J. ALVAREZ), as to his citizenship. He did not reply. BPA Valadez repeated the question in the Spanish language and the front passenger replied that he was a Mexican citizen. BPA Valadez then asked the front passenger if he had any immigration documents allowing him to live, work or be present in the United States. He stated he did not. During the immigration interview, BPA Valadez observed multiple subjects laying in the rear seat area and behind the rear seat area. BPA Valadez asked the driver, identified as SKEA, if he knew anyone laying down inside of the vehicle and he said, "No." BPA Valadez then questioned SKEA and determined him to be a USC. BPA Valadez then questioned the remaining five individuals in the Volvo identified as,

Martin ALVAREZ-Ortiz (M. ALVAREZ),

Edgar GARCIA-Flores (GARCIA),

Juan Carlos IBARRA-Rangel (IBARRA),

G. L. L. A., and

Juan Diego LARA-Aruago (LARA),

4

as to their citizenship. BPA Valadez determined that all five individuals did not have any immigration documents allowing them to live, work, or be present in the United States. BPA Jimenez arrived on scene to assist and SKEA was placed under arrest along with the six illegal aliens.

During the arrest of SKEA, SKEA gave a spontaneous utterance of a firearm being held to his head. BPA Jimenez performed a search incident to arrest of the Volvo and discovered a 9 millimeter black handgun from underneath the front passenger seat. Record checks were requested through KAK-840 on the pistol and revealed negative results. During post-arrest interviews, all six illegal aliens stated they did not see a handgun during their time in the Volvo. Forensic analysis will be utilized to attempt to determine the owner of the handgun.

Records checks on SKEA revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 10/19/2016 | CASC – San Diego County | 10851 (A) VC – Take Vehicle Without Owner's Consent/ Vehicle Theft (Felony) | 365 Days Jail; 3 Years Probation; Concurrent |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

During a search incident to arrest, BPA E. Rivera-Toledo's canine partner Lucy alerted to a cigarette box located on the driver side door pocket of the Volvo. Upon opening the box, four blue pills with the markings "M" and "30" were discovered. Canine Lucy

also alerted to a plastic bag on the passenger seat. Three small bags were found to contain a trace amount of a crystal like substance. A Nark II Test Kit was utilized to test the contraband. A total of four Oxycotin pills and three small bags with a trace amount of meth were seized.

Material Witnesses LARA and G. L. L. A. stated they were going to pay $8,000 United States Dollars to be smuggled into the United States.

Material Witnesses LARA, GARCIA, IBARRA, and J. ALVAREZ were able to identify SKEA from a six-pack photo line-up as the driver of the Volvo they were smuggled in.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|------|----------------|
| Jorge Cicly ALVAREZ-Gonzalez | Mexico |
| Martin ALVAREZ-Ortiz | Mexico |
| Edgar GARCIA-Flores | Mexico |
| Juan Carlos IBARRA-Rangel | Mexico |
| G. L. L. A. | Mexico |
| Juan Diego LARA-Aruago | Mexico |

Further, complainant states that Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144

6